Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
*hollyburgess@lohsb.com*

Attorney for Plaintiff,
DEBRA J. KING

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBRA J. KING, | ) **CASE NO:  2:11-cv-01225-MCE-DAD** |
| Plaintiff, | ) |
| vs. | ) **ORDER DISMISSING COMPLAINT** |
| | ) **WITHOUT PREJUDICE** |
| CAPITOL COMMERCE MORTGAGE CO., a California corporation; C.C.M.C. CO., a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; RECONTRUST COMPANY; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP; BANK OF AMERICA, N.A.; LANDSAFE TITLE OF CALIFORNIA, INC.; and DOES 1-20, inclusive, | ) |
| Defendants. | ) |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiff DEBRA J. KING, pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

- 2-

1    **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2 in its entirety without prejudice.  The Clerk is directed to close the file.

4 Dated:  May 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE